lant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, upon the ground that the finding of the jury of freedom from contributory negligence was contrary to and against the weight of the evidence. All concur.

ADELAIDE BECKES, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for reversal on the facts on the ground that the verdict is excessive.

OSCAR BECKES, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall within ten days stipulate to reduce the verdict to the sum of $400, in which event the judgment is modified accordingly, and as so modified is affirmed, together with the order, without costs of this appeal to either party. All concur, except Thompson, J., who dissents and votes for affirmance.

MERTON E. LEWIS, Respondent, v. THE CHEMICAL FOUNDATION, INCORPORATED, and FRANCIS P. GARVAN, Appellants.— Resettled order modified by allowing proposed amendments 31 to 49, inclusive, 53, 54, 56 to 63, inclusive, and 65 to 68, inclusive, thus making the exhibits referred to a part of the bill of exceptions, such exhibits, however, not to be printed, but to be filed with the court upon the argument or submission of the appeal, and as so modified affirmed, without costs of this appeal to either party. All concur.

FRANK BARRAGATO, Respondent, v. WASHINGTON FIVE-O FIVE-O, INCORPORATED, Appellant.— Order entered July 30, 1932, modified by granting leave to renew, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. Order entered September 23, 1932, reversed and motion granted opening default and permitting defendant's answer filed to stand as the answer to the complaint, upon payment, however, of all costs to date, including ten dollars costs and disbursements on the appeal from the order entered July 30, 1932, and ten dollars costs and disbursements of this appeal. All concur.

JOSEPH SCIORTINO, Respondent, v. WASHINGTON FIVE-O FIVE-O, INCORPORATED, Appellant.— Order entered July 30, 1932, modified by granting leave to renew, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. Order entered September 23, 1932, reversed, and motion granted opening default and permitting defendant's answer filed to stand as the answer to the complaint, upon payment, however, of all costs to date, including ten dollars costs and disbursements on the appeal from the order entered July 30, 1932, and ten dollars costs and disbursements of this appeal. All concur.

CARLO GANGAROSA, Respondent, v. WASHINGTON FIVE-O FIVE-O, INCORPORATED, Appellant.— Order entered July 30, 1932, modified by granting leave to renew, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. Order entered September 23, 1932, reversed and motion granted opening default and permitting defendant's answer filed to stand as the answer to the complaint, upon payment, however, of all costs to date, including ten dollars costs and disbursements on the appeal from the order entered July 30, 1932, and ten dollars costs and disbursements of this appeal. All concur.

MICHELE RUSSELLO, Respondent, v. WASHINGTON FIVE-O FIVE-O, INCOR-